Laura Belous, Esq. (AZ Bar No. 028132)
Rocío Castañeda Acosta (AZ Bar No. 031173)
Florence Immigrant & Refugee Rights Project
P.O. Box 86299
Tucson, AZ 85754
lbelous@firrp.org
(520) 934-7257
rcastaneda@firrp.org
(52) 934-7410

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Florence Immigrant & Refugee Rights Project Incorporated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>United States Department of Homeland Security et al.<br><br>　　　　　　　　　　　Defendants. | No. 4:24-cv-00340-JAS<br><br>**Affidavit of Service** |

I, Rocío Castañeda Acosta, hereby declare that pursuant to Federal Rule of Civil Procedure 4(i), I caused the following documents in the above-captioned case to be served:

- Conformed Summons; and
- Complaint.

I caused the aforementioned documents to be served by certified mail, return receipt requested, at the following addresses:

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Civil Process Clerk
Office of the U.S. Attorney
Two Renaissance Square
40 N. Central Avenue, Suite 1800
Phoenix, AZ 85004

Civil Law Clerk
Office of U.S. Attorney
405 W. Congress St. #4800
Tucson, AZ 85701

U.S. Customs and Border Protection
1300 Pennsylvania Avenue, NW
Washington, D.C. 20229

Office of the General Counsel
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Avenue SE
Washington, D.C. 20528-0485

The U.S. Attorneys' Office for the District of Arizona, Phoenix Office, accepted service on July 26, 2024. The U.S. Attorney's Office for the District of Arizona, Tucson, Office, accepted service on July 30, 2024. The U.S. Attorney General's

Office accepted service on August 1, 2024. U.S. Customs and Border Protection accepted service on July 29, 2024. The Office of the General Counsel of U.S. Department of Homeland Security accepted service on July 30, 2024. Certified mail receipts accompany this affidavit as Exhibit A. Delivery confirmation in the form of receipt cards for both the Phoenix and Tucson U.S. Attorney's Office for the District of Arizona and for the U.S. Attorney General's Office accompany this affidavit as Exhibit B. Delivery confirmation in the form of USPS tracking confirmations for U.S. Customs and Border Protection and U.S. Department of Homeland Security accompany this affidavit as Exhibit C. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th of August of 2024 at Tucson, Arizona.

Dated:  August 20, 2024, by:

s/*Rocío Castañeda Acosta*
Rocío Castañeda Acosta (AZ Bar No. 031173)
(520) 934-7410
rcastaneda@firrp.org

Laura Belous (AZ Bar No. 028132)
(520) 934-7257
lbelous@firrp.org

FLORENCE IMMIGRANT & REFUGEE RIGHTS PROJECT
P.O. Box 86299
Tucson, AZ 85754

# EXHIBIT A





U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**TUCSON** OFFICIAL USE 0736

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $_____
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $_____

Postage $0.35

Total Postage and Fees $12.70

Sent To: Civil Process Clerk, office of U.S. Attorney
Street and Apt. No., or PO Box No. 405 W Congress St. # 4800
City, State, ZIP+4® Tucson, AZ 85701

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 1640 0001 3337 7446

Postmark: TUCSON, AZ 85745 USPS SILVERBELL STATION JUL 25 2024

# EXHIBIT B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Civil Process Clerk
    Office of the US Attorney
    Two Renaissance Square
    40 N. Central Avenue, Suite 1800
    Phoenix, AZ 85004

    ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
    9590 9402 8313 3094 9813 73

2. Article Number (Transfer from service label)

    7019 1640 0001 3331 7408

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☒ Agent   ☐ Addressee

B. Received by (Printed Name): A. Anizo   C. Date of Delivery: 7/26/24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery



USPS TRACKING #
PHOENIX AZ 852
31 JUL 2024 PM 6 L
9590 9402 8313 3094 9813 73

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box•

Rocio Castañeda Acosta
Florence Immigrant & Refugee Rights Proj.
PO Box 86299
Tucson AZ 85754

re: FIRRP v. CBP, DHS (AUSA)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk
   office of U.S. Attorney
   405 W. Congress St. # 4800
   Tucson AZ 85701

   9590 9402 8313 3094 9811 75

2. Article Number (Transfer from service label)

   7019 1640 0001 3331 7446

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Nia Hain
C. Date of Delivery: 7/30/24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt







# EXHIBIT C

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHEAST U.S. MAY IMPACT DELIVERY. …

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70191640000133317415

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:05 am on July 30, 2024 in DHS, VA 20598.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

DHS, VA 20598
July 30, 2024, 11:05 am

Feedback

### Arrived at Post Office
WASHINGTON, DC 20018
July 30, 2024, 9:51 am

### In Transit to Next Facility
July 29, 2024

### Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER
July 26, 2024, 10:58 am

### Departed Post Office
TUCSON, AZ 85745
July 23, 2024, 5:04 pm

**USPS in possession of item**
TUCSON, AZ 85745
July 23, 2024, 11:19 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHEAST U.S. MAY IMPACT DELIVERY. …

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 70191640000133317392

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 6:58 am on July 29, 2024 in WASHINGTON, DC 20229.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20229
July 29, 2024, 6:58 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20229
July 27, 2024, 11:06 am

**Arrived at Post Office**
WASHINGTON, DC 20018
July 27, 2024, 6:36 am

**Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
July 27, 2024, 2:50 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER

Feedback

July 26, 2024, 12:49 pm

**Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
July 26, 2024, 12:31 pm

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
July 26, 2024, 11:24 am

**Departed USPS Regional Facility**
PHILADELPHIA PA DISTRIBUTION CENTER
July 26, 2024, 8:31 am

**Arrived at USPS Regional Facility**
PHILADELPHIA PA DISTRIBUTION CENTER
July 25, 2024, 10:31 pm

**Departed USPS Regional Facility**
PHILADELPHIA PA DISTRIBUTION CENTER
July 25, 2024, 9:37 pm

**Arrived at USPS Regional Facility**
PHILADELPHIA PA DISTRIBUTION CENTER
July 25, 2024, 11:42 am

**Arrived at USPS Regional Origin Facility**
PHOENIX AZ DISTRIBUTION CENTER
July 23, 2024, 10:26 pm

**Departed Post Office**
TUCSON, AZ 85745
July 23, 2024, 5:04 pm

**USPS in possession of item**
TUCSON, AZ 85745
July 23, 2024, 11:13 am

Hide Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates** ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs