**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Florence Immigrant & Refugee Rights Project,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>U.S. Department of Homeland Security; and U.S. Customs and Border Protection,<br><br>　　　　　Defendants. | CV 24-00340-TUC-JAS<br><br>**ORDER** |

　　　Upon review of the Stipulation to Amend Complaint and Stipulation Regarding Deadline to Respond to Amended Complaint, and good cause appearing,

　　　IT IS ORDERED that Defendant's deadline to answer, file a motion or otherwise respond Plaintiff's Complaint (Doc. 1) is **VACATED;**

　　　IT IS FURTHER ORDERED that Plaintiff may file an Amended Complaint within sixty days of this Order being issued;

　　　IT IS FURTHER ORDERED that Defendant shall have thirty days after the filing of Plaintiff's Amended Complaint to answer, file a motion or otherwise respond to the Amended Complaint.